# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0672. TAMMY MCDOWELL v. RONALD MCDOWELL.**

On Friday, August 30, 2024, Tammy McDowell filed a notice of appeal from the trial court's July 30, 2024 order, which determined child custody.[1] We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of an appealable order. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Because McDowell filed her notice of appeal 31 days after the order she seeks to appeal, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/20/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] McDowell directed her appeal to the Supreme Court, which transferred the matter to this Court. See Case No. A25A0130 (Oct. 15, 2024).